1092

[No. 19857-6-II. Division Two. October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FAROGH MOAVENZADEH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00027-3, George L. Wood, J., entered Augsut 29, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 19967-0-II. Division Two. October 10, 1997.]

GERALD L. JACOBSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-08130-3, Waldo F. Stone, J., entered September 22, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20185-2-II. Division Two. October 10, 1997.]

RICHARD E. SORRELS, *Appellant*, v. DAVID D. BROWN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-09509-2, Thomas Felnagle, J., entered December 15, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20225-5-II. Division Two. October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL B. GALLAGHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00102-3, Joel M. Penoyar, J., entered November 17, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.